# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
RAF Contracting, Inc. ) ASBCA No. 60693
)
Under Contract No. FA3022-11-D-0003 )

APPEARANCE FOR THE APPELLANT: Brandon J. Clapp, Esq.
Swift Currie McGhee & Hiers, LLP
Birmingham, AL

APPEARANCES FOR THE GOVERNMENT: Jeffrey P. Hildebrant, Esq.
Air Force Chief Trial Attorney
Christopher S. Cole, Esq.
Senior Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 May 2017

REBA PAGE
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60693, Appeal of RAF Contracting, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals